

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00162-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Martha Theresa **ZABROKY**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 21716C
Honorable Susan Harris, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the county court's February 15, 2022 Order that reversed the administrative decision is REVERSED and judgment is RENDERED affirming the December 16, 2021 Administrative Decision authorizing suspension of Martha Theresa Zabroky's driving privileges. Costs of appeal are assessed against appellee.

SIGNED January 11, 2023.

_____
Lori I. Valenzuela, Justice